IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINE M. GOOD-COGGINS, Surviving Spouse and Special Administrator of the Estate of DANIEL M. COGGINS, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:09CV133 |
| vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Extend Progression Order Deadlines and Trial (#29) is granted. The SECOND AMENDED ORDER SETTING FINAL SCHEDULE FOR PROGRESSION OF CASE (#24) is amended as follows:

1. The Final Pretrial Conference is continued from February 7, 2011 to **April 7, 2010 at 9:30 A.M.** in chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

2. Trial (non-jury) is continued from March 15, 2011 to the week of **May 17, 2011**, at the court's call, before the Honorable Laurie Smith Camp, United States District Judge.

3. All other progression order deadlines are extended by a period of sixty (60) days, as requested.

**DATED August 19, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**