IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTINE M. GOOD-COGGINS, Surviving Spouse and Special Administrator of the Estate of DANIEL M. COGGINS, Deceased,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 8:09CV133<br><br>JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE |

Come now the Plaintiff and the Defendant and hereby stipulate, agree, and move that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

CHRISTINE M. GOOD-COGGINS,
Surviving Spouse and Special Administrator
of the Estate of DANIEL M. COGGINS,
Deceased, Plaintiff

By: s/ Andrew D. Sibbernsen
E. TERRY SIBBERNSEN, # 13826
ANDREW D. SIBBERNSEN #22969
SIBBERNSEN & STRIGENZ, P.C.
1111 N. 102nd Court, #330
Omaha, NE 68114
(402) 493-7221

UNITED STATES OF AMERICA
Defendant

By:   DEBORAH R. GILG
       United States Attorney

And:  s/ Paul D. Boeshart
PAUL D. BOESHART, # 10365
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3865
Tel: (402) 437-5241
Fax: (402) 437-5390
E-mail: paul.boeshart@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

E. Terry Sibbernsen, Esq.
Andrew D. Sibbernsen, Esq.

and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:
None.

s/ Paul D. Boeshart
Assistant U.S. Attorney