IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINE M. GOOD-COGGINS,<br>Surviving Spouse and Special<br>Administrator of the Estate of DANIEL<br>M. COGGINS, Deceased,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:09CV133<br><br><br><br><br><br>ORDER |

This matter came on for determination upon the Stipulation and Motion of the parties that the case be dismissed with prejudice (Filing #33), the parties to bear their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should issue.

IT IS ORDERED:

1. The stipulation (Filing No. 33) is granted;

2. This case is dismissed with prejudice, the parties will bear their own costs, and complete record is waived.

DATED this 12th day of November, 2010.

BY THE COURT:

S/Laurie Smith Camp
UNITED STATES DISTRICT COURT JUDGE